**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**MAJESTY MOVING, INC., Defendant,**

**Anat Evenor, Interested**
**Party–Appellant.**

**No. 05–13762**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 13, 2007.

David O. Markus, Hirsch & Markus, LLP, Richard Brian Rosenthal, The Law Offices of Richard B. Rosenthal, P.A., Miami, FL, for Interested Party–Appellant.

Sally M. Richardson, Anne R. Schultz, Jeanne Marie Mullenhoff, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BLACK, MARCUS and FAY, Circuit Judges.

PER CURIAM:

The ruling of the district court is affirmed for the reasons set forth in its ORDER ON MOTIONS TO ENFORCE SETTLEMENT AGREEMENT dated June 21, 2005.

AFFIRMED.